IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Sammie McDuffie III, | ) | C/A No.: 1:15-1286-JMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Hubbell Power Systems, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

IT IS SO ORDERED.

May 21, 2015                                           Shiva V. Hodges
Columbia, South Carolina                     United States Magistrate Judge